UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY HANKTON<br>　　　　Plaintiff<br><br>VERSUS<br><br>TARGET CONSTRUCTION, INC. and<br>ROYCE JENNINGS<br>　　　　Defendants | CIVIL ACTION NO. 2:12-cv-443<br>SECTION: _____<br>JUDGE:<br><br>MAGISTRATE: |

_____

**NOTICE OF REMOVAL**
_____

Defendant TARGET CONSTRUCTION, INC. gives notice of removal and remove the above-captioned matter pursuant to 28 U.S.C. §§ 1332 and 1441 *et seq.*, from the Civil District Court for the Parish of Orleans to the docket of this Court for the following reasons:

**BACKGROUND**

1.　On January 9, 2012 Troy Hankton filed suit against defendant in the case captioned *Troy Hankton versus Target Construction, Inc. and Royce Jennings,* Case Number 12-00198, Division "H", Section 12, Civil District Court for the Parish of Orleans, styled "Petition for Damages."[1] Such matter was served on the Defendant on January 18, 2012 through the long arm statute and via personal service

2.　Mr. Hankton seeks general, special, punitive, and exemplary damages arising from his alleged wrongful termination, as well as, racial discrimination in his employment with the Defendant.[2]

---

[1] See Petition for Damages, attached as Exhibit A.

[2] See Exhibit A.

3.      Further, while incorrectly identified as a Louisiana citizen in the Petition for Damages, Defendant, Royce Jennings is a resident of Nevada, domiciled in Las Vegas, Clark County, State of Nevada.[3]

## JURISDICTION

4.      This Court has original subject-matter jurisdiction over this action under 28 U.S.C. §1332 as plaintiff is completely diverse from the Defendants and the amount in controversy exceeds $75,000.00. [4]

## REMOVAL IS PROPER

5.      28 U.S.C. §1332 authorizes removal of this action because, the parties are completely diverse.[5]  Further the amount in controversy exceeds $75,000.00.

6.      28 U.S.C. §1441(a) authorizes removal of this action as this court had original jurisdiction over this action pursuant to 28 U.S.C. §1332.

7.      28 U.S.C. §1441(b) authorizes removal of this action none of the defendants in this matter are citizens of the State of Louisiana.

8.      Pursuant to 28 U.S.C. §1446(a) a copy of the State court Petition for Damages is attached.[6]

9.      Pursuant to 28 U.S.C. §1446(b) this Notice of Removal has been filed within thirty days after receipt by defendant through service of a copy of plaintiff's Petition for Damages.[7]

---

[3] See Affidavit of Royce Jennings attached as Exhibit B.

[4] See Exhibit B.

[5] See Exhibit B.

[6] See Exhibit A.

[7] See Service Information attached as Exhibit C.

10. Pursuant to 28 U.S.C. §1446(d) written notice of this removal has been given to all adverse parties[8] and a copy has been filed with the Civil District Court for the Parish of Orleans, State of Louisiana, effecting the removal.[9]

For these reasons, defendant Target Construction, Inc. requests that this case be removed from State court for further proceedings in the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

*/s/  Kelly M. Brian*

WILLIAM H. REINHARDT #11174
wreinhardt@bluewilliams.com
GUICE A. GIAMBRONE, III #25062 (TA)
ggiambrone@bluewilliams.com
CRAIG R. WATSON # 29473
cwatson@bluewilliams.com
**KELLY M. BRIAN #31064**
kbrian@bluewilliams.com
3421 N. Causeway Blvd., Suite 900
Metairie, LA 70002
Telephone: (504) 831-4091
Facsimile:  (504) 849-3057
*Attorneys for Target Construction, Inc.*

---

[8] See Affidavit, attached as Exhibit D.

[9] See Certificate of Filing with Exhibit 1. attached as Exhibit E; and Affidavit, attached as Exhibit D.

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served contemporaneously on the following attorneys via the court's CM/ECF system and/or via first class U.S. Mail, postage prepaid on February 16, 2012:

Honorable Dale N. Atkins
Orleans Parish Clerk of Court
Civil District Court
Parish of Orleans, State of Louisiana
Civil Courts Building
421 Loyola Avenue – Room 402
New Orleans, Louisiana 70112

Mr. Jean-Paul Robert
Attorney at Law
2315 S. Burnside Avenue
Gonzales, LA  70737
Telephone:  225-647-9200
Facsimile:  225-647-9300
jpr@attorneyatlawllc.com

Ms. Kristine K. Sims
Tonry, Brinson & Glorioso, L.L.C.
245 Pontchartrain Drive
Slidell, LA  70461
Telephone:  985-643-7007
Facsimile:  985-649-9240
kristinesims@yahoo.com

/s/  Kelly M. Brian
_____
KELLY M. BRIAN