CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO.: 12-198  DIVISION: H-12

TROY HANKTON

VERSUS

TARGET CONSTRUCTION, INC. AND ROYCE JENNINGS

FILED: _____  DEPUTY CLERK: _____

## PETITION FOR DAMAGES

NOW COMES, through undersigned counsel, Plaintiff TROY HANKTON who respectfully charges the following:

1.

Made Defendants herein are:

TARGET CONSTRUCTION, INC., a foreign corporation doing business in the City of New Orleans, State of Louisiana;

ROYCE JENNINGS, a Louisiana citizen doing business in the City of New Orleans.

2.

Defendants are jointly and severally liable for all damages alleged herein.

3.

Plaintiff began employment with Defendant TARGET CONSTRUCTION, INC. on or about September 2010 as a full time laborer at the LPV 105.2 Army Corps Levy Project.

4.

Venue is proper in Orleans Parish pursuant to La. C.C.P. 74 in that the violations of the Plaintiff's rights occurred in Orleans Parish at Defendant TARGET CONSTRUCTION, INC.'S levee project at the LPV 105.2 Army Corps Levy Project in Orleans Parish.

5.

Plaintiff LESTER RICARD has brown skin color and his race is black.

6.

While employed by TARGET CONSTRUCTION, INC. Plaintiff knew of one other black

**EXHIBIT A**

In January 2011, Plaintiff was laid off from employment with Defendant TARGET CONSTRUCTION, INC. despite robust hiring at the job site.

8.

After receiving notice of a race discrimination suit from another employee, Defendant TARGET CONSTRUCTION, INC. promptly hired Plaintiff back to work.

9.

Defendant ROYCE JENNINGS is a known racist, yet he was put in charge of hiring in a predominantly black area of New Orleans.

10.

The job Plaintiff did involves protecting black citizens of New Orleans from levee failure, yet little or no black citizens of New Orleans are allowed to work on the levee project.

11.

Plaintiff was singled out and intentionally discriminated against by defendants because of plaintiff's race in violation of Louisiana Revised Statute Title 23 § 332(A)(1) et. seq.

12.

13.

Due the acts of the defendants outlined herein, Plaintiff suffered and continues to suffer:

A. Conscious pain and suffering;

B. Physical injury;

C. Great mental distress;

D. Humiliation;

E. Emotional distress;

F. Loss of income and employment;

G. Loss of benefits;

H. Loss of wages;

I. Loss of anticipated wages which would have resulted from promotion;

J. Loss of promotion;

K. defamation;

Plaintiff is entitled to attorney's fees pursuant to Louisiana Revised Statute § 303(A).

WHEREFORE, Plaintiff LESTER RICARD prays that Defendants TARGET CONSTRUCTION, INC. and ROYCE JENNINGS be cited and served with a copy of this petition and that after the expiration of all legal delays and after due proceedings are held that there be judgment rendered in favor of Plaintiff and against Defendants in solido for such damages as are reasonable in the premises, including but not limited to emotional distress, lost wages, statutory damages, attorney's fees and costs together with legal interest thereon from the date of judicial demand, interest on attorney's fees until paid and any other relief justice and equity demand.

Respectfully submitted by:

Jean-Paul Robert, Bar # 27628
Attorney at Law, L.L.C.
2315 S. Burnside Ave.
Gonzales, LA 70737
Tel: (225) 647-9200
Fax: (225) 647-9300

PLEASE SERVE:

TARGET CONSTRUCTION, INC.
VIA LONG ARM SERVICE
2470 Saint Rose Parkway, Suite 308
Henderson, NV 89074

AND

ROYCE JENNINGS
4136 Broadriver Drive
Las Vegas, NV 89108