UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY HANKTON     Plaintiff | CIVIL ACTION NO.:     2:12-CV-443 |
| | JUDGE: CARL J. BARBIER |
| VERSUS | |
| | MAGISTRATE JUDGE |
| TARGET CONSTRUCTION, INC. | ALMA L. CHASEZ |

**VOLUNTARY MOTION TO DISMISS WITH PREJUDICE**

NOW COMES, through undersigned counsel, Plaintiff TROY HANKTON, who files this *Motion to Voluntarily Dismiss* his claims against Defendant TARGET CONSTRUCTION, INC. and requests that an *Order* be issued dismissing his claims against Defendant TARGET CONSTRUCTION, INC. with prejudice at Plaintiff's costs.

WHEREFORE, Plaintiff TROY HANKTON prays that this Honorable Court grant a dismissal with prejudice of Defendant TARGET CONSTRUCTION, INC. and close the above captioned suit.

Respectfully submitted by:

*/s/Jean-Paul Robert*
Jean-Paul Robert, Bar # 27628
Attorney at Law, L.L.C.
2315 S. Burnside Ave.
Gonzales, LA 70737
Tel:  (225) 647-9200
Fax: (225) 647-9300
*Attorney for Plaintiff Lester Ricard*

**CERTIFICATE OF SERVICE**

I hereby certify that the preceding Motion and Order of Dismissal has been delivered via U.S. Postal Service, postage prepaid, to:

Craig Watson  (Bar Roll No. 29473)
3421 N. Causeway Blvd., Suite 900
Metairie, Louisiana 70002
*Attorney for Target Construction*

Kristine K. Simms  (Bar Roll No. 28228)
245 Pontchartrain Drive
Slidell, LA 20458
*Attorney for Royce Jennings*

on this 12th day of July, 2012.

                                                   By:
                                                        */s/Jean-Paul Robert*
                                                        Jean-Paul Robert, Bar # 27628