UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TROY HANKTON                                    CIVIL ACTION NO.:    2:12-CV-443
    Plaintiff

                                                                            JUDGE: CARL J. BARBIER
VERSUS

                                                                            MAGISTRATE JUDGE
TARGET CONSTRUCTION, INC.                       ALMA L. CHASEZ

**ORDER**

      CONSIDERING the foregoing Motion to Dismiss with Prejudice,

      IT IS HEREBY ORDERED that TARGET CONSTRUCTION, INC. is hereby dismissed with prejudice and the matter of TROY HANKTON VERSUS TARGET CONSTRUCTION, INC., Suit No. 2:12-cv-443 is hereby closed.

      THUS DONE AND SIGNED this _____day of _____, 2012 at _____ _____, Louisiana.

                                        _____
                                                        JUDGE