UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY HANKTON | CIVIL ACTION |
| VERSUS | NO: 12-443 |
| TARGET CONSTRUCTION, INC. ET AL | SECTION: "J"(5) |

### ORDER

Before the Court is Plaintiff's **Ex-Parte/Consent Motion to Dismiss With Prejudice (Rec. Doc. 9).** Accordingly,

**IT IS ORDERED** that the claims of Plaintiff, Troy Hankton, be and are hereby **DISMISSED with prejudice**, as to all Defendants with each party to bear his own costs.

New Orleans, Louisiana, this 13th day of July, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE